IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

RECEIVED
PRO SE OFFICE

Wajid Kahlil al-Qadaffi

*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

-against-

(1) New York Police Department
(2) City of New York
(3) New York Police Officer Molina, Shield # 953 / 123

*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.)*

Complaint for Violation of Civil Rights
(Non-Prisoner Complaint)

CV16-5422

*(to be filled in by the Clerk's Office)*

Jury Trial: ☒ Yes ☐ No COGAN, J.
*(check one)*

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in *forma pauperis*.

I. The Parties to This Complaint

   A. The Plaintiff(s)

   Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

   Name: Wajid Kohlil al-Qadaffi
   Street Address: 977 Bedford Avenue
   City and County: Brooklyn
   State and Zip Code: New York 11205
   Telephone Number: (347) 546-2324
   E-mail Address:

   B. The Defendant(s)

   Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

   Defendant No. 1
   Name: New York Police Department
   Job or Title (if known): One Police Plaza
   Street Address: ~~100 Church Street~~
   City and County: New York
   State and Zip Code: New York 10007
   Telephone Number: (212) 356-2371
   E-mail Address (if known):

Defendant No. 2

Name: City of New York, Corporation Counsel
Job or Title (if known):
Street Address: 100 Church Street
City and County: New York
State and Zip Code: New York
Telephone Number: (212) 356-2371
E-mail Address (if known):

Defendant No. 3

Name: New York Police Officer Molina (FNU)
Job or Title (if known): Shield No. 953123
Street Address: One Police Plaza
City and County: New York
State and Zip Code: New York
Telephone Number: (212) 356-2371
E-mail Address (if known):

Defendant No. 4

Name:
Job or Title (if known):
Street Address:
City and County:
State and Zip Code:
Telephone Number:
E-mail Address (if known):

II. **Basis for Jurisdiction**

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics*, 403 U.S. 388 (1971), you may sue federal officials for the violation of certain constitutional rights.

A. Are you bringing suit against *(check all that apply)*:

- [x] State or local officials (a § 1983 claim)
- [ ] Federal officials (a *Bivens* claim)

B. Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

(1) Fourth Amendment, "unreasonable search/siezure clause." (2) Fourth Amendment, "Due Process Clause" (3) Fourteenth Amendment, "Equal Protection Clause" (4) Fifth Amendment, "self incrimination clause" (see attachment)

C. Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

_____
_____
_____

D. Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

Defendant, an NYPD police officer stopped, searched, questioned, and detained plaintiff because they had authority as an employee of the NYPD, he would not have done such if he were not a NYP officer.

4

Claim No. 1

Deprivation of Rights, 42 U.S.C., Sec. 1983 against P.O. Molina

Claim No. 2

Deprivation of Rights, 42 U.S.C., Sec. 1983 against City of New York

Claim No. 3

False Arrest, Under New York State law

Claim No. 4

Claim No. 4

Intentional and Negligent Infliction of Emotional Distress Under laws of New York State, against all defendants

### III. Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. Where did the events giving rise to your claim(s) occur?

571 Washington Avenue, Brooklyn, NY 11215

B. What date and approximate time did the events giving rise to your claim(s) occur?

December 15, 2015 at approximately 12:30pm

C. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

Plaintiff lawfully walking with an acquaintance, neither engaged in illegal or suspicious or notable actions, with plaintiff carrying an item that was completely wrapped in a "black colored" plastic bag with the contents totally obscured from identification, with a straw protruding and him "sipping." Defendant officer* stopped him and asked, "Is that a beer can in the bag," or words similar. Plaintiff said, exactly, "No disrespect officer but I do not want to engage with your questions and would like to continue to my destination?" Defendant officer would not allow plaintiff to continue walking and said he would be arrested if he tried to walk on. Plaintiff then asserted to the officer

*NYPD officer Molina, Badge # 953123

5

that he was being profiled and the only reason he was stopped was because he was a Black male. Defendant officer asked, "What does race have to do with this. Plaintiff responded and continues to assert that the defendant NYPD officer <u>had never</u> detained a white male or female under similar circumstances. Defendant officer coerced plaintiff to open the black bag despite plaintiff's objections that the stop and detention had no legal basis. After opening the bag for the officer plaintiff believed the matter had ended an told the officer that he was tired of being stoped by NYPD and was going to sue. The officer who was questioning plaintiff by himself called his partner that was standing twenty feet away to come over. He was told to watch him as he went to the car and returned with a ticket although the can was non-alcohol beer. and not subject to New York City prohibition against public consumtion of alcohol.

### IV. Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

Plaintiff suffered emotional distress, embarrassment, anxiety, humiliation, shame, elevated blood pressure, anguish, anger, depression as a result of defendants' unlawful detention

### V. Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

Plaintiff seeks permanent injunction prohibiting NYPD from stopping, questioning, detaining persons of color while walking in public drinking from something obscured from identification if there are no obvious indications of intoxication. Plaintiff seeks $5000. actual damages and $300,000.00 (three hundred thousand dollars) punitive damages because NYPD is already under injunction to refrain from this behavior and is failing to comply.

### VI. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

6

**A.   For Parties Without an Attorney**

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 9/26/WA, 2016

Signature of Plaintiff _Wajed Al-Jadaffi_

Printed Name of Plaintiff _Wajid Kahlil al-Qadaffi_